NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,**
*Appellant*

**v.**

**CARDIOCOM, LLC,**
*Appellee*

---

2015-1601, 15-1602, 15-1610

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00431, IPR2013-00449, IPR2013-00468.

---

## JUDGMENT

---

MARK S. DAVIES, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellant. Also represented by KATHERINE M. KOPP; DONALD E. DAYBELL, Irvine, CA; BAS DE BLANK, LILLIAN J. MAO, Menlo Park, CA.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by REBECCA A. BACT, ERIC FLETCHER; DANIEL W. MCDONALD, Merchant & Gould P.C., Minneapolis, MN.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


  PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  June 29, 2016                          /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court